# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)

**Premises known as:**
1. One blue flip style Sanyo cellular telephone (DAC Number: 00602032222);

FILED
08 MAY 16 AM 9:57
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SEARCH WARRANT**

**CASE NUMBER:** '08 MJ 1457

TO: __Any duly authorized Federal Officer__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __David Penta__ who has reason to
                                             Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**SEE ATTACHMENT A**

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT B**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __5/18/08__
                                                  Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __LOUISA S. PORTER / U.S. MAGISTRATE JUDGE__ as required by law.

__5/8/08__  __10:00 AM__              at __San Diego, Cal__
Date and Time issued                       City and State

__LOUISA S. PORTER__
__U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/8/2008 | 5/12/2008  0900 HRS | CASE FILE |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| BORDER PATROL AGENT JOSE QUINTERO, BPA DAVID PENTA |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED 3 PAGES

DAVID PENTA, CBP, BPA

*[signature]*

5/12/2008

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

*[signature: David Penta]*

Subscribed, sworn to, and returned before me this date.

*[signature]*                                                         5/16/08

U.S. Judge or Magistrate                                           Date

## ATTACHMENT A

One blue flip style Sanyo cellular telephone (DAC Number: 00602032222)

## ATTACHMENT B

### ITEMS TO BE SEIZED

a. the telephone number and name/identity assigned to the telephone;

b. telephone numbers, names, and identities stored in the directory;

c. telephone numbers dialed from the telephone;

d. all other telephone numbers stored in the telephone's memory (including, but not limited to: received, missed and incomplete calls);

e. any other electronic information in the stored memory and/or accessed by the telephone (including: text messages, voice messages, alarms, direct connect addresses, and notes);

f. any electronic photographs, voice recordings, voice notes, calendar information contained within the cellular phone; and

g. all subscriber information